KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01348-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FULLY BRIEF SFR INVESTMENTS POOL 1, LLC'S MOTION FOR PRELIMINARY INJUNCTION AND TO CONTINUE HEARING DATE**<br><br>**(First Request)** |

Plaintiff, SFR INVESTMENTS POOL 1, LLC, ("SFR") and Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (collectively the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

(1) Fannie Mae shall have until September 29, 2023, to file its Response to SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").

(2) SFR shall have until October 18, 2023, to file its Reply in support of the Motion.

(3) The hearing on SFR's Motion, currently scheduled for September 14, 2023, at 10:00 a.m. shall be reset for a date and time convenient to the Court after the Motion has been fully briefed.

…

…

- 1 -

This is the first request to extend briefing and reset the hearing in this matter and the parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED this 13th day of September, 2023        DATED this 13th day of September, 2023

HANKS LAW GROUP                                SNELL & WILMER, L.L.P.

*/s/ Chantel M. Schimming*                     */s/ Kelly H. Dove*
Chantel M. Schimming, Esq.                     Kelly H. Dove, Esq.
Nevada Bar No. 8886                            Nevada Bar No. 10569
7625 Dean Martin Drive, Suite 110              3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, Nevada 89139                        Las Vegas, NV 89169
*Attorneys for SFR Investments Pool I, LLC*    *Attorneys for Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 13, 2023

- 2 -