Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01348<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE AND REPLY DEADLINES**<br><br>**(First Request)** |

Plaintiff, SFR INVESTMENTS POOL 1, LLC, ("SFR") and Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (collectively the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

(1) SFR shall have until October 31, 2023 to file its reply in support of motion for preliminary injunction. [ECF 8 and 9]. The current deadline is October 18, 2023.

(2) SFR shall have until October 31, 2023 to file its response to the motion to dismiss [ECF 23 and motion to expunge. [ECF 24]. The current deadline is October 10, 2023.

(3) Fannie Mae shall have until November 14, 2023, to file its replies in support of motion to dismiss and motion to expunge.

- 1 -

This is the first request to extend these deadlines. The extension is requested because there are overlapping arguments. The parties represent this stipulation is not made with any intent to delay or prejudice either party.

DATED this 9th day of October, 2023

DATED this 9th day of October, 2023

HANKS LAW GROUP

SNELL & WILMER, L.L.P.

/s/ Karen L. Hanks
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool I, LLC*

/s/ Erica Stutman
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Erica Stutman
Nevada Bar No. 11936
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorneys for Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 10, 2023

- 2 -