# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>FEDERAL NATIONAL MORTAGE ASSOCIATION,<br><br>    Defendant(s). | Case No. 2:23-cv-01348-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by November 29, 2023.

IT IS SO ORDERED.

Dated: November 20, 2023

Nancy J. Koppe
United States Magistrate Judge

1