AMY F. SORENSON, ESQ.
Nevada Bar No. 12495
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
ERICA J. STUTMAN, ESQ.
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone:   702.784.5200
Facsimile:    702.784.5252
Email: asorenson@swlaw.com
Email: kdove@swlaw.com
Email: estutman@swlaw.com

*Attorneys for Defendant*
*Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01348-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINES**<br><br>**(Fourth Request)[1]** |

Plaintiff, SFR INVESTMENTS POOL 1, LLC, ("SFR") and Defendant, FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (collectively the "Parties") by and through their respective counsel of record, hereby stipulate and agree that Fannie Mae shall have until Friday, December 8, 2023, to file its replies in support of motion to dismiss and motion to expunge. The current deadline is December 1, 2023. This extension is requested to accommodate schedules of counsel and the client, which were affected by the Thanksgiving holiday and compounded by the

---

[1] This is Fannie Mae's second request to extend the reply deadlines since SFR filed its responses. The first and second requests were part of a stipulation to extend SFR's response deadlines.

complexity of the issues raised in the briefing. This stipulation is not made with any intent to delay or prejudice either party.

DATED November 27, 2023

HANKS LAW GROUP

*/s/ Chantel M. Schimming*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool I, LLC*

DATED November 27, 2023

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove*
Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Erica J. Stutman, Esq.
Nevada Bar No. 10794
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
*Attorneys for Federal National Mortgage Association*

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: November 28, 2023

4871-8406-5171